■ SURF CITY ENTERPRISES OF SYRACUSE, INC., Respondent, v LAURA VAN WERT et al., Appellants. [885 NYS2d 697]—Appeal from an order of the Supreme Court, Onondaga County (John C. Cherundolo, A.J.), entered May 5, 2008. The order, insofar as appealed from, denied in part defendants' motion to dismiss the complaint.

Now, upon reading and filing the stipulation of withdrawal signed by the attorneys for the parties on July 9, 2009,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, J.P., Fahey, Peradotto, Green and Pine, JJ.